

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| CHAUNCEY DEANDRE REED, | § | No. 08-19-00283-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00451) |
|  | § |  |

**O R D E R**

The Court GRANTS Rachel Simons' request for an extension of time within which to file the Reporter's Record until **September 13, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rachel Simons, Official Court Reporter for the 168th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before September 13, 2020.

IT IS SO ORDERED this 14th day of August, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.